Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 3

| | |
|---|---|
| Yama Ribbons and Bows Co., Ltd.<br><br>       **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br><br>       **Defendant.** | **S U M M O N S**  21-00402 |

**TO:** The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

           **/s/ Mario Toscano**
           Clerk of the Court

1. Yama Ribbons and Bows Co., Ltd.; respondent, foreign producer and exporter
   (Name and standing of plaintiff)

2. Narrow Woven Ribbons From the People's Republic of China
   Final Results of Countervailing Duty Administrative Review
   86 Fed. Reg. 40462 (July 28, 2021)
   (Brief description of contested determination)

3. July 22, 2021
   (Date of determination)

4. July 28, 2021
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ John J. Kenkel
Signature of Plaintiff's Attorney

August 12, 2021
  Date

John J. Kenkel, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, N.W. Ste 410
Washington, DC 20005
202-783-6900
jkenkel@dhlaw.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Attorney in Charge
International Trade Field Office
Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza  New York, NY 10278
-
Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC   20530
-
General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC   20230