## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY J. STANCEU, SENIOR JUDGE

| | |
|---|---|
| YAMA RIBBONS AND BOWS CO., LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 21-00402 |
| ) | |
| UNITED STATES, ) | **PUBLIC DOCUMENT** |
| ) | |
| Defendant. ) | |
| BERWICK OFFRAY, LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

**PLAINTIFF YAMA RIBBONS AND BOWS CO., LTD.'S
COMMENTS ON DEFENDANT'S FINAL RESULTS OF REDETERMINATION
PURSUANT TO COURT REMAND**

`

John J. Kenkel
**International Trade Law Counselors, PLLC**
8647 Richmond Highway, Suite 623
Alexandria, Va. 22309
Tel: (757) 656-6840
Email: intltradelawcounselors@outlook.com
Counsel for Plaintiff *Yama Ribbons & Bows Co., Ltd.*

Dated: November 24, 2023

Yama Ribbons and Bows Co., Ltd. ("Yama"), in the interest of not burdening the Court with repetitive arguments, stands by its opening and reply briefs, as well as the comments it submitted to the Department on September 14, 2023, pursuant to remand: "Comments on Newly Placed Information on the Record Pursuant to Remand."

                                                    Respectfully submitted,

                                                    INTERNATIONAL TRADE LAW
                                                    COUNSELORS, PLLC

                                                    */s/ John J. Kenkel*
                                                    John J. Kenkel
                                                    8645 Richmond Highway
                                                    Suite 623
                                                    Alexandria, Va. 22309
                                                    (757) 656-6840
                                                    *Counsel for Yama Ribbons and Bows Co., Ltd.*

November 24, 2023