**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE TIMOTHY J. STANCEU, SENIOR JUDGE

| | |
|---|---|
| YAMA RIBBONS AND BOWS CO., LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 21-00402 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| BERWICK OFFRAY, LLC, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

**Certificate of Compliance**

This brief has been prepared utilizing Microsoft Word 2016 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that his brief complies with the word limitations set forth in the Chambers Procedures. Specifically, excluding those exempted portions of the brief, as set forth in 2 B (1) of the Chambers Procedures, I hereby certify that this brief contains 53 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

                                          Respectfully submitted,

                                          INTERNATIONAL TRADE LAW
                                          COUNSELORS, PLLC

                                          */s/ John J. Kenkel*
                                          John J. Kenkel
                                          8645 Richmond Highway
                                          Suite 623
                                          Alexandria, Va. 22309
                                          (757) 656-6840
                                          *Counsel for Yama Ribbons and Bows Co., Ltd.*

November 24, 2023